```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 03755
   LUCIA MINA
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
          Debtor
   SSN XXX-XX-8840


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/02/07 and confirmed on 05/18/07.

   2.  The case was dismissed after confirmation, 09/14/2007.

   3.  The Debtor paid a total of $    906.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 1500.00 | 11.25 | 19.89 |
| NEW AMERICAN TOWNHOMES A | SECURED | 4113.75 | .00 | 68.56 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 436.01 | .00 | .00 |
| GLEN OAKS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 689.53 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 457.72 | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JC CHRISTENSEN & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 608.95 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 3636.38 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

```
          Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5613.75 | .00 | 5828.59 | .00 | 11442.34 |
| PRINCIPAL PAID | 88.45 | .00 | .00 | .00 | 88.45 |
| INTEREST PAID | 11.25 | .00 | .00 | .00 | 11.25 |
| TOTAL PAID | 99.70 | .00 | .00 | .00 | 99.70 |

The Debtor's attorney, JAMES A YOUNG & ASSOC           , was allowed $   2500.00 and was paid $     500.00   direct and $      782.74   through the plan.

The Trustee received $       23.56 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/19/07                      /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE